ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANIE N. CHONG,<br><br>　　　　　Defendant. | 2:25-po-00249-CSK<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE<br><br>DATE: November 20, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:25-po-00249-CSK is GRANTED.

It is further ordered that the bench trial scheduled on November 20, 2025, is vacated.

IT IS SO ORDERED.

Dated: November 14, 2025

　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　HON. CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge